FILED: November 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6834
(0:24-cv-05465-DCN)

_____

DARIAN ANTONIO COLEMAN

        Plaintiff - Appellant

v.

PATROL SGT. CROWLEY, sued in Her Individual and Official Capacity; OFFICER BENJAMIN J. NYDES, sued individual and official capacity; OFFICER QUENTIN ELEY, sued individual and official capacity

        Defendants - Appellees

_____

O R D E R

_____

For reasons appearing to the court, this case is remanded to the district court for the limited purpose of determining whether to extend the time for filing the notice of appeal.

The clerk shall forward a copy of this order to the district court. This appeal shall remain on the active docket of this court. The record, as supplemented, shall then be returned to this court.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk