# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darian Antonio Coleman, ) | C/A No.: 0:24-cv-5465 DCN |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| -vs- ) | |
| ) | |
| Patrol Sgt. Crowley; Officer Benjamin J. ) | |
| Nydes; and Officer Quentin Eley, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court upon the Fourth Circuit Court of Appeals' remand order dated November 19, 2025, instructing this court determine whether to extend the time of filing the notice of appeal. It has come to the court's attention that plaintiff contacted the clerk's office regarding the timeframe in which to file an appeal. Plaintiff was mistakenly told the appeal deadline was sixty days from the date of entry of judgment. Because plaintiff filed his appeal outside the correct deadline through no fault of his own, the court therefore determines that the appeal was timely filed.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

November 20, 2025
Charleston, South Carolina